[No. 28187-2-II. Division Two. November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD JASON SEWALD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 01-1-00548-8, Don L. McCulloch, J., entered December 4, 2001. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Houghton, JJ.

[No. 28400-6-II. Division Two. November 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM GEORGE THORP, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 01-8-01310-1, Robert L. Harris, J., entered January 31, 2002. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Armstrong, JJ.

[No. 47033-7-I. Division One. November 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA J. COURTNEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-01455-8, David F. Hulbert, J., entered July 27, 2000. *Reversed* by unpublished per curiam opinion.

[No. 48224-6-I. Division One. November 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TONYA MICHELLE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-08684-4, Palmer Robinson, J., entered March 7, 2001. *Affirmed* by unpublished per curiam opinion.